# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-1721 PA (SSx) | Date | March 9, 2018 |
|---|---|---|---|
| Title | John Hall III v. Moriah Education Management, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Angela Bridges | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On March 7, 2018, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. (Docket No. 9.) After the order was issued, Plaintiff's Opposition to Defendants' Notice of Removal was docketed. (Docket No. 11.) Plaintiff objects to Defendants' second attempt at removal for multiple reasons, and he requests that the Court "remand this action back to state court as quickly as possible." (Id. at 1.) Plaintiff thus has made it clear that he will not waive the procedural defect identified in the Court's March 7, 2018 order.

Accordingly, for the reasons stated in the March 7, 2018 order, this action is remanded to the Los Angeles County Superior Court, Case No. BC685965. Plaintiff's Application for Permission for Electronic Filing (Docket No. 10) is denied as moot.

IT IS SO ORDERED.